DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Cotten<br><br>Case Below:<br>171 N.C. App. 366 | No. 416P05 | Def's PDR Under N.C.G.S. § (COA04-1112) | Denied<br>10/06/05 |
|---|---|---|---|
| State v. Cunningham<br><br>Case Below:<br>172 N.C. App. 172 | No. 480P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-1052)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>10/06/05<br><br>3. Denied<br>10/06/05 |
| State v. Cupid<br><br>Case Below:<br>173 N.C. App. 448 | No. 560P05 | AG's Motion for Temporary Stay (COA04-137) | Allowed<br>10/06/05 |
| State v. Dennison<br><br>Case Below:<br>171 N.C. App. 504 | No. 179P04-2 | 1. Def's NOA Based Upon a Constitutional Question (COA02-1512-2)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>10/06/05<br><br>3. Denied<br>10/06/05 |
| State v. Dorton<br><br>Case Below:<br>172 N.C. App. 759 | No. 514P05 | Def's Motion for "Discretionary Review Under N.C.G.S. § 7A-31" (COA04-572) | Denied<br>11/03/05 |
| State v. Edwards<br><br>Case Below:<br>172 N.C. App. 821 | No. 528P05 | Def's (Aegis) PDR Under N.C.G.S. § 7A-31 (COA04-1387) | Denied<br>11/03/05 |
| State v. Estep<br><br>Case Below:<br>171 N.C. App. 364 | No. 388P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1580) | Denied<br>10/06/05 |
| State v. Everette<br><br>Case Below:<br>172 N.C. App. 237 | No. 452A05 | AG's Motion for Temporary Stay | Allowed<br>08/22/05 |
| State v. Ford<br><br>Case Below:<br>162 N.C. App. 722 | No. 539P03-3 | Def's Petition for Writ of Supersedeas (COA03-140) | Dismissed<br>11/03/05 |